```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10
```

MAY 20 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LUIS POLONIA,

                Plaintiff,

-against-

GABRIEL ESTEVEZ, MORNINGSIDE
SUPERMARKET CORP. and JOHN DOES #1-10,
Jointly and Severally

                Defendants.
-----------------------------------------------------------X

Index No.: 09CV6423 (RJH)

**STIPULATION OF VOLUNTARY DISMISSAL**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that this matter be and hereby is dismissed with prejudice as against all defendants, pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii), with each side to bear their own costs. This Court retains jurisdiction over this matter to enforce the Settlement Agreement of the parties

Dated: New York, New York
       May /__, 2010

GOTTLIEB & ASSOCIATES

By: _____
Jeffrey M. Gottlieb, Esq.
*Attorneys for Plaintiff*
150 East 18th Street; Suite PHR
New York, New York 10003
212.228.9795

DEMETRIOS ADAMIS, P.C.

By: _____
Demetrios Adamis, Esq.
*Attorneys for Defendants*
Gabriel Estevez and Morninside Supermarket Corp.
2900 Westchester Ave.; Suite 206
Purchase, NY 10577
914.696.3800

SO ORDERED:

_____
5/20/10

The parties must submit the settlement agreement to the Court by June 7, 2010.

The Clerk is requested to close this case.

9